UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 17-1930 DSF (Ex) | Date | 3/21/17 |
|---|---|---|---|
| Title | Signature Financial and Leasing, LLC v. USJL Express, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DISMISSING Case for Lack of Subject Matter Jurisdiction

Plaintiff alleges the Court has diversity jurisdiction. However, it fails to plead the citizenship of any of the parties correctly. A limited liability company is a citizen of the states of which each of its members is a citizen. See <u>Johnson v. Columbia Props. Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006). No citizenship information is given for Plaintiff's members. Residence, rather than citizenship, is pleaded for the individual defendants. And the principal place of business for the corporate defendant is not alleged.

Therefore, the case is DISMISSED for lack of subject matter jurisdiction with leave to amend no later than April 7, 2017.

IT IS SO ORDERED.