JS-6

Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

*Attorneys for Plaintiff*
SIGNATURE FINANCIAL AND LEASING, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SIGNATURE FINANCIAL AND LEASING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> USJL EXPRESS, INC., JING ZHANG, AND AI YAN LING, <br><br> Defendants. | Case No. 2:17-cv-01930-DSF-E <br><br> DEFAULT **JUDGMENT** |

**JUDGMENT**

This matter having come before the Court on an application pursuant to Fed. R. Civ. P. 55(b)(1) for entry of Default Judgment, and the Clerk having considered the Motion for Entry of Default Judgment along with the Declaration of David McGowan in support of the Motion submitted by Plaintiff, SIGNATURE FINANCIAL AND LEASING, LLC,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, SIGNATURE FINANCIAL AND LEASING, LLC shall recover and have judgment in the amount of $98,687.80 against each of defendants, USJL Express, Inc., Jing Zhang and Ai Yan Ling, jointly and severally, together with costs in the amount of $1,507.29, plus interest at the federal rate set forth in 28 U.S.C. § 1961 from the date of the judgment.

Dated: May 25, 2017

_____

CLERK, U.S District Court